United States District Court
Southern District of Texas
FILED

AO91 (Rev. 12/03) Criminal Complaint  Felony  AUSA

AUG 13 2019

# UNITED STATES DISTRICT COURT

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Antonio CORDOVA | Case Number: B-19- MJ-813 |
| A213 286 429 United States | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __August 11, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

knowingly, willfully, and in reckless disregard of the fact that one undocumented alien had entered the United States in violation of law and remained in the United States in violation of law, did transport and move said alien by means of a motor vehicle with intent to further their unlawful presence,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

On August 11, 2019 at approximately 6:30 p.m., Border Patrol Agents were conducting checkpoint operations at the Highway 4 checkpoint in Brownsville, Texas when a silver in color Jeep Wrangler approached primary lane for inspection. Agents identified themselves and questioned the passengers as to their citizenship. The driver, identified as Antonio CORDOVA stated he was a citizen of the United States. A front passenger, later identified as William Osvaldo MEJIA-Veliz, was question as to his citizenship and his response was United States while avoiding eye contact with the agents. Agents then asked MEJIA where he was born. MEJIA replied "Brownsville, Texas" with a shaky voice. Due to the subject's behavior while being questioned, Agents instructed the driver to proceed into secondary for further investigation.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_Signature of Complainant_

Sworn to before me and signed in my presence,

Quintanilla, Adalberto   Border Patrol Agent
Printed Name of Complainant

August 13, 2019                                          at   Brownsville, Texas
Date                                                           City/State

Ignacio Torteya III         U.S. Magistrate Judge
Name of Judge               Title of Judge                    Signature of Judge

United States District Court
Southern District of Texas
**FILED**

AUG 1 3 2019

**AFFIDAVIT**
In support of Criminal Complaint

**David J. Bradley, Clerk of Court**

**UNITED STATES OF AMERICA**
V.
Antonio CORDOVA
A213 286 429  United States

**CRIMINAL COMPLAINT**

Case Number: B-19- MJ - 813

At secondary Agents asked MEJIA in the English language if he had any documentation to be in the United States legally. MEJIA was not able to understand the agent's question. The question was repeated in the Spanish language to which the subject replied he was from Guatemala with no documentation to be in the United States.

Both subjects were transported to the Fort Brown Border Patrol Station for further case development. After further investigation, sworn statement by the material witness and a photo lineup, it was determined that Antonio CORDOVA was the person transporting MEJIA into the United States.

SUBSCRIBED and SWORN to before me on

____13th____ day of ____August, 2019____

_____
Signature of Judicial Officer

_____ Border Patrol Agent
Signature of Complainant